[No. 53082-8-I.   Division One.   May 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN T. BLACK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01151-3, Harry J. McCarthy, J., entered September 8, 2003. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 53353-3-I.   Division One.   May 9, 2005.]

JENNIFER KEITH, *Respondent*, v. JASON FOSHEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-5-02756-2, Joan E. DuBuque, J., entered September 9 and October 14, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53440-8-I.   Division One.   May 9, 2005.]

LISA LITTLE, *Appellant*, v. ANNIE KING ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-04904-4, James D. Cayce, J., entered August 15, 2003. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Coleman and Appelwick, JJ.

[No. 53657-5-I.   Division One.   May 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARD P. VASILCHENKO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-01447-2, Michael F. Moynihan, J., entered November 25 and December 13, 2003. *Affirmed* by unpublished per curiam opinion.